**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 JUBIL-HIKMAH KHAN,

                          Plaintiff,

        -against-                              25 **CIVIL** 236 (LLS)

                                                      **JUDGMENT**

NORDSTROM INCORPORATED,

                        Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 21, 2026, Plaintiff's amended complaint, filed IFP under 28

U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**Dated:** New York, New York

     April 22, 2026

                                       **TAMMI M. HELLWIG**
                                     _____
                                        **Clerk of Court**

                    **BY:**            K. mango

                                     _____
                                       **Deputy Clerk**