UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUBIL HIKMAH KHAN,

                  Plaintiff,

            -against-

NORDSTROM CORPORATE
HEADQUARTERS; NORDSTROM
INCORPORATED,

                Defendants.

25-CV-0236 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se.* By order dated April 21, 2026, the Court dismissed the amended complaint for failure to state a claim on which relief may be granted, and the Clerk of Court entered civil judgment on April 22, 2026. (ECF 13, 14.) On May 18, 2026, Plaintiff filed a motion for an extension of time to file a notice of appeal. (ECF 15.) Plaintiff did not file a notice of appeal.

A litigant has thirty days from entry of the order or judgment she wishes to challenge to file a notice of appeal. Fed. R. App. P. 4(a)(1)(A). Plaintiff did not file a notice of appeal, but the Court construes the motion for an extension of time to appeal as a notice of appeal. Because Plaintiff timely filed her notice of appeal—within thirty days after entry of judgment—the Court denies as unnecessary the motion for an extension of time to file a notice of appeal.

The Court directs the Clerk of Court to process the appeal.

SO ORDERED.

Dated:   May 20, 2026
        New York, New York

                                 Louis L. Stanton
                                 Louis L. Stanton
                                 U.S.D.J.